UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

HEATHER BLAKESLEE

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:07-CR-36 (GHL)

Bradford Riendeau, Esq. (CJA)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

 XX  guilty __ nolo contendere] as to count(s)  1 as amended on the record

**THERE WAS A:**
__ finding __ verdict] of guilty as to count(s)_____.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:**  Disorderly Conduct, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Section 240.20 of the New York State Penal Law.

**DATE OFFENSE CONCLUDED:**  December 23, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:**  Defendant is ordered to pay a fine of $250.00 and a $5.00 special assessment, for a total of $255.00 payable on or before September 11, 2007. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261.  Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that **original Count 1**  of the Information is dismissed on motion of the United States.

_____July 11, 2007_____
Date of Imposition of Sentence

_____July 27, 2007_____
Date Signed

George H. Lowe
United States Magistrate Judge